IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIAN DIOR COUTURE, S.A., ) | |
| ) | Case No. 17-cv-02630 |
| Plaintiff, ) | |
| ) | **Judge Matthew F. Kennelly** |
| v. ) | |
| ) | **Magistrate Judge Young B. Kim** |
| ZHAO FENG, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Christian Dior Couture, S.A.'s ("Dior") Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the defendants identified on Schedule A to the Amended Complaint and attached hereto (collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Internet stores through which Illinois residents can purchase products using counterfeit versions of the CHRISTIAN DIOR Trademarks (a list of which is included in the below chart).

| **REGISTRATION NUMBER** | **REGISTERED TRADEMARK** | **REGISTRATION DATE** | **INTERNATIONAL CLASSES** |
|---|---|---|---|
| 543,994 | CHRISTIAN DIOR | June 19, 1951 | For: Handbags and pocketbooks in Class 018. |

1

| 954,404 | CHRISTIAN DIOR | March 6, 1993 | For: Eyeglass frames, sunglasses and eyeglass cases in Class 009. |
|---|---|---|---|
| 1,123,944 | CD | August 14, 1979 | For: Optical apparatus – namely, eyeglass frames in Class 009.<br><br>For: Jewelry and horological instruments – namely, women's costume jewelry, bracelets, and watches for men and women in Class 014.<br><br>For: Articles made from leather and imitations thereof, namely, luggage for men and women in Class 018.<br><br>For: Women's blouses, skirts, dresses, jackets, suits, coats; Men's suits, belts and sports jackets in Class 025. |
| 519,367 | CHRISTIAN DIOR | December 27, 1949 | For: Jewelry for personal wear, not including watches- namely, trinkets, necklaces, bracelets, finger rings, earrings, brooches, and ornamental clips made in whole of, in part of, or plated with precious metals in class 014. |
| 580,207 | CHRISTIAN DIOR | September 22, 1953 | For: Jewelry for personal wear, not including watches- namely, trinkets, necklaces, bracelets, finger rings, earrings, brooches, and ornamental clips made in whole of, in part of, or plated with precious metals in class 014. |

| 1,776,536 | | June 15, 1993 | For: Carry-on bags; change purses; clutch bags; clutch purses; golf umbrellas; handbags; luggage; passport cases, holders or wallets; pocketbooks; purses; shoulder bags; all-purpose sports bags; suitcases; tote bags; travel bags; and wallets in Class 018.<br><br>For: Clothing for use by men, women and children; namely, blouses; gloves; vests in Class 025. |
|---|---|---|---|
| 1,872,313 | | January 10, 1995 | For: Eyeglass frames; parts thereof; and sunglasses in Class 009.<br><br>For: Rings in Class 014. |
| 1,923,564 | Dior | October 3, 1995 | For: Belt buckles of precious metals for clothing; brooches; charms; costume jewelry; ear clips; jewelry; jewelry lapel pins; ornamental pins; pendants; watch bands; watch chains; watch fobs; and watches in Class 014.<br><br>For: billfolds; business card cases; carry-on bags; change purses; clutch bags; clutch purses; coin purses; credit card cases; drawstring pouches; handbags; key cases; overnight bags; passport cases, holders or wallets; purses; shoulder bags; and wallets in Class 018. |

3

| 3,561,323 | Dior | January 13, 2009 | For: optical apparatus and instruments, namely, spectacles, sunglasses, spectacle cases, and spectacle frames in Class 009. |
|---|---|---|---|
| 2,749,176 | Dior | August 12, 2003 | For: Athletic bags; attache cases; baby carriers worn on the body; backpacks; beach bags; beach umbrellas; billfolds; book bags; briefcase-type portfolios; briefcases; business card cases; carry-on bags; non-motorized collapsible luggage carts; change purses; clutch bags; clutch purses; coin purses; cosmetic cases sold empty; credit card cases; diaper bags; document cases; drawstring pouches; duffel bags; fanny packs; felt pouches; garment bags for travel; golf umbrellas; gym bags; handbags; hat boxes for travel; key cases; knapsacks; luggage; overnight bags; overnight cases; parasols; passport cases, holders and wallets; patio umbrellas; pocketbooks; purses; satchels; school bags; shoe bags for travel; leather shopping bags; mesh shopping bags; textile shopping bags; shoulder bags; all-purpose sports bags; suitcases; toiletry cases sold empty; tote bags; travel bags; trunks for traveling; umbrellas; valises; vanity cases sold empty; waist packs; wallets in Class 018.<br><br>For: Clothing for use by men, women and children; namely, anoraks; aprons; ascots; |

4

| | | | babushkas; bandannas; bathing suits; bathrobes; belts; blazers; blouses; blousons; bodysuits; boleros; boots; boxer shorts; brassieres; briefs; baby buntings; caftans; camisoles; capes; caps; cardigans; chemises; clogs; cloth diapers; fur coats; suit coats; top coats; corselets; culottes; dresses; earmuffs; galoshes; garter belts; girdles; gloves; nightgowns; halter tops; hats; headbands; hosiery; jackets; jeans; jogging suits; jumpers; jumpsuits; kerchiefs; kimonos; leggings; leotards; loungewear; mittens; moccasins; mufflers; neckerchiefs; neckties; neckwear; negligees; nightshirts; overalls; overcoats; overshoes; pajamas; panties; pants; pantsuits; pantyhose; parkas; pedal pushers; peignoirs; pinafores; playsuits; pocket squares; ponchos; pullovers; raincoats; sandals; scarves; shawls; shirts; shorts; undershirts; shoes; sweat shorts; skirts; ski suits; slacks; snowsuits; socks; sport coats; sport shirts; stockings; stoles; suits; suspenders; sweat pants; sweatshirts; sweaters; t-shirts; trousers; tuxedos; underpants; vests; vested suits; and warm-up suits in Class 025. |
|---|---|---|---|

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil

5

Procedure 65. Evidence submitted in support of this Motion and in support of Dior's previously granted Motion for Entry of a Temporary Restraining Order establishes that Dior has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that Dior will suffer irreparable harm if the injunction is not granted. Specifically, Dior has proved a *prima facie* case of trademark infringement because (1) the CHRISTIAN DIOR Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the CHRISTIAN DIOR Trademarks, and (3) Defendants' use of the CHRISTIAN DIOR Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with Dior. Furthermore, Defendants' continued and unauthorized use of the CHRISTIAN DIOR Trademarks irreparably harms Dior through diminished goodwill and brand confidence, damage to Dior's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, Dior has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

    a. using the CHRISTIAN DIOR Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Dior product or not authorized by Dior to be sold in connection with the CHRISTIAN DIOR Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Dior product or any other product produced by Dior, that is not Dior's or not produced under the authorization, control or supervision of Dior and approved by Dior for sale under the CHRISTIAN DIOR Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Dior, or are sponsored by, approved by, or otherwise connected with Dior;

    d. further infringing the CHRISTIAN DIOR Trademarks and damaging Dior's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Dior, nor authorized by Dior to be sold or offered for sale, and which bear any of Dior's trademarks, including the CHRISTIAN DIOR Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at Dior's choosing:

    a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of Dior's selection until further ordered by this Court; or

    b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of Dior's selection so that the Defendant Domain Names can be redirected or disabled until further ordered by this Court.

4. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Dior expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying

       information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

    c. Defendants' websites and/or any Online Marketplace Accounts;

    d. the Defendant Domain Names or any domain name registered by Defendants; and

    e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon Dior's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall, within five (5) business days after receipt of such notice:

    a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the CHRISTIAN DIOR Trademarks;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the CHRISTIAN DIOR Trademarks; and

9

      c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. PayPal, Inc. ("PayPal") shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

      a. locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 4 and 5 to the Declaration of Jessica Matoua, and any e-mail addresses provided for Defendants by third parties; and

      b. restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Dior may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to Dior's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 4 and 5 to the Declaration of Jessica Matoua and any e-mail addresses provided for Defendants by third parties that includes a

link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "Zhao Feng and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Dior's Amended Complaint [9] and Exhibit 1 thereto [9-1], Schedule A to the Complaint [8] and the Amended Complaint [9-2], Exhibits 4 and 5 to the Declaration of Jessica Matoua [14] and [15], and the TRO [24] are unsealed.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Dior or on shorter notice as set by this Court.

11. The $10,000 bond posted by Dior shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

Dated: May 4, 2017

_____
MATTHEW F. KENNELLY
United States District Judge

Christian Dior Couture, S.A. v. Zhao Feng, et al. - Case No. 17-cv-02630

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Zhao Feng | 2 | Zhao Feng (2) |
| 3 | zhang zhang hui | 4 | yifilworld.com |
| 5 | yanwu wu | 6 | Yanqing Ma |
| 7 | Xiong Jin | 8 | XI ZHAO |
| 9 | wuming li | 10 | wu junlong |
| 11 | Woodbridge David | 12 | Wises George |
| 13 | William Walker | 14 | William Mclaughlan |
| 15 | William Jackson | 16 | Wellington Ryan |
| 17 | Wang Ganglei | 18 | Waite Charlie |
| 19 | vincent wang | 20 | videldi.nl |
| 21 | Tony Kelly | 22 | Tom Cruz |
| 23 | Tim Daniels | 24 | talenting.nl |
| 25 | Susan Nijjar | 26 | sunglasshutstore-sale-supply.com sunglasshutstore-sale-supply.com |
| 27 | sunglasshut-fashions-outlet-sale.com sunglasshut-fashions-outlet-sale.com | 28 | stopkinderporno.nl |
| 29 | starthet.nl | 30 | Speirs Valerie |
| 31 | sneaker-room.com | 32 | Smyth Jordan |
| 33 | smartpulsheeze.nl | 34 | shoppingfromlocalsydney.info |
| 35 | Scott Baniel | 36 | Scooptroop.ca |
| 37 | Ruth Hardy | 38 | Richard Milligan |
| 39 | Richard Hodgson | 40 | Ray Middleton |
| 41 | qiu yanmin | 42 | Popbags.eu |
| 43 | nasia roberts | 44 | Morgan Odom |
| 45 | modoborse.com | 46 | minionwholesale.com |
| 47 | maxjens.nl | 48 | maxdekdo.fr |
| 49 | MARTIN HUANG | 50 | Marion Bowles |
| 51 | Macarena Lorenzo Fernandez | 52 | liying wu |
| 53 | liu xuemei | 54 | liu jun |
| 55 | Lisa Eldridge | 56 | Lindsay Constable |
| 57 | Lin A San | 58 | Lily Pickering |
| 59 | Li Hai Hong | 60 | Leonard Kinley |
| 61 | Laurence Powell | 62 | kiddiecard.nl |
| 63 | kerry Williams | 64 | justin gndo |
| 65 | Jose Antonio Casas Royo | 66 | John Watt |

| | | | | |
|---|---|---|---|---|
| 67 | JinYing Chen | | 68 | jiangli Chen |
| 69 | Jessica Wilcox | | 70 | Jessica bentel |
| 71 | JERRY RIGBY | | 72 | jeff chen |
| 73 | Jayne Orton | | 74 | Ingo Maier |
| 75 | Indara Garoa Hernandez Crespo | | 76 | igojerseys.com |
| 77 | huang xintao | | 78 | Hosang Znge |
| 79 | Holloway Agnieszka | | 80 | hofvantwentevitaal.nl |
| 81 | han jiankang | | 82 | gueijuan xu |
| 83 | fv3633.com | | 84 | futuracommerce.fr |
| 85 | Frank McKeown | | 86 | Frank Emmel |
| 87 | found7a.com | | 88 | ethan schaefer |
| 89 | eemnesopgewektnaarnulopdemeter.nl | | 90 | du kang |
| 91 | dregen alexan | | 92 | don trade |
| 93 | dior-online-outlet.com | | 94 | denerdesign.nl |
| 95 | Davies Paul | | 96 | cuiccuic-bienetre.fr |
| 97 | cmsca.net | | 98 | clyde abreu |
| 99 | Christopher Senyah | | 100 | Chrisoula Apokotou |
| 101 | chen peigen | | 102 | chen guiying |
| 103 | Caroline Peak | | 104 | carnetsduvin.fr |
| 105 | Bruce Craig | | 106 | Brown Carol |
| 107 | brand7a.com | | 108 | boutiquechrisjes.nl |
| 109 | Bernacchia Marion | | 110 | Benitez Luis |
| 111 | Benge Nicola | | 112 | Bell Victoria |
| 113 | anne davis | | 114 | Anita Wiley |
| 115 | Andrew Mirfin | | 116 | Amy  Simpson |
| 117 | amsterbaken.nl | | 118 | alfredas kundrotas |
| 119 | Alejandro Fernandez Rubio | | 120 | Alan Turnbull |
| 121 | Ai Ma | | 122 | Aaronr Michelle |
| 123 | 7803445 | | 124 | 100% China Knight Bags |
| 125 | 2013zhijian19840826 | | 126 | A&H Jewelry Store |
| 127 | angeleshop | | 128 | Blue Wind |
| 129 | free1957 | | 130 | goeasyshopping4ever |
| 131 | good585178_4 | | 132 | Haricy Store |
| 133 | inextstation-us | | 134 | kalkan_mall |
| 135 | Katrina's Fashion Store | | 136 | littlestarjewelry1983 |
| 137 | lvyumin2013 | | 138 | mingrix |
| 139 | Newschool Store | | 140 | Pierpu |
| 141 | Pujiang Yanjing Garment Accessories Co., Ltd. | | 142 | SIS'ELYSEE Store |
| 143 | Sweet Sunmmer | | 144 | WANMAO Store |
| 145 | weng_jie | | 146 | Yiwu Daihe Jewelry Factory |

| No. | |
|---|---|
| 147 | Yiwu Pinfirst Import & Export Firm |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/7803445 | 2 | aliexpress.com/store/1758766 |
| 3 | ebay.com/usr/2013zhijian19840826 | 4 | aliexpress.com/store/327290 |
| 5 | ebay.com/usr/angeleshop | 6 | aliexpress.com/store/227756 |
| 7 | ebay.com/usr/free1957 | 8 | ebay.com/usr/goeasyshopping4ever |
| 9 | ebay.com/usr/good585178_4 | 10 | aliexpress.com/store/2657022 |
| 11 | ebay.com/usr/inextstation-us | 12 | ebay.com/usr/kalkan_mall |
| 13 | aliexpress.com/store/433616 | 14 | ebay.com/usr/littlestarjewelry1983 |
| 15 | ebay.com/usr/lvyumin2013 | 16 | ebay.com/usr/mingrix |
| 17 | newshool.aliexpress.com/store/916297 | 18 | dhgate.com/store/2047159 |
| 19 | yanjing.en.alibaba.com/productlist.html | 20 | aliexpress.com/store/2219167 |
| 21 | aliexpress.com/store/1872244 | 22 | aliexpress.com/store/2614038 |
| 23 | ebay.com/usr/weng_jie | 24 | ywdaihe.en.alibaba.com |
| 25 | pinfirst.en.alibaba.com | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | kristenkasperphotography.com | 2 | yfhfoundation.com |
| 3 | achatsacsfr.com | 4 | purchasesacs.com |
| 5 | yifilworld.com | 6 | airmaxroom.com |
| 7 | bluehazehuntclub.com | 8 | mypartyheart.com |
| 9 | octagonclub.co.uk | 10 | alkaased.co.uk |
| 11 | getmorelux.com | 12 | lovewushop.com |
| 13 | saiki.co.uk | 14 | songsfromanarmchair.co.uk |
| 15 | kingpackaging.co.uk | 16 | recipestogo.com.co |
| 17 | bolsosoutlet.win | 18 | perfectharmonyht.co.uk |
| 19 | parisvca.com | 20 | albannachbreedingandboarding.co.uk |
| 21 | voguereplica.com | 22 | videldi.nl |
| 23 | airlie-health.co.uk | 24 | forherorder.org |
| 25 | brighttapestry.co.uk | 26 | talenting.nl |
| 27 | blastphoto.co.uk | 28 | sunglasshutstore-sale-supply.com |
| 29 | sunglasshut-fashions-outlet-sale.com | 30 | stopkinderporno.nl |
| 31 | starthet.nl | 32 | btgraduates-apply.co.uk |
| 33 | sneaker-room.com | 34 | barkerandson.co.uk |
| 35 | smartpulsheeze.nl | 36 | shoppingfromlocalsydney.info |
| 37 | oxjamrodley.co.uk | 38 | scooptroop.ca |
| 39 | gazunder.co.uk | 40 | homecraftservices.co.uk |
| 41 | bracknellservicedapartment.co.uk | 42 | peterbtaylor.co.uk |

| | | | | |
|---|---|---|---|---|
| 43 | wikihandbag.com | | 44 | popbags.eu |
| 45 | outbreakdjs.co.uk | | 46 | bethelmission.org |
| 47 | modoborse.com | | 48 | minionwholesale.com |
| 49 | maxjens.nl | | 50 | maxdekdo.fr |
| 51 | efashionapparel.com | | 52 | emohair.org.uk |
| 53 | ernestomassimosossi.it | | 54 | schoenenpark.com |
| 55 | shoes-room.info | | 56 | shpephoenix.org |
| 57 | a1breastcancertips.com | | 58 | mynameisturok.co.uk |
| 59 | hunterandco.co.uk | | 60 | oolithpress.co.uk |
| 61 | find-brand.com | | 62 | peterkalu.co.uk |
| 63 | myrichbd.info | | 64 | smartparkandfly.co.uk |
| 65 | jrweddings.co.uk | | 66 | kiddiecard.nl |
| 67 | allieeverafter.co.uk | | 68 | designed2.co.uk |
| 69 | liladi.it | | 70 | fiberglass-world.co.uk |
| 71 | shopping2019.com | | 72 | nekkidarmadilla.com |
| 73 | ealingoutdoorclub.co.uk | | 74 | compusite.co.uk |
| 75 | 2017newsunglassessales.com | | 76 | designer-bag.me.uk |
| 77 | kendallskitchens.co.uk | | 78 | immokreditweb.it |
| 79 | ventadesalida.com | | 80 | igojerseys.com |
| 81 | sacslyon.com | | 82 | designprint.fr |
| 83 | castlestreetquartet.co.uk | | 84 | hofvantwentevitaal.nl |
| 85 | tinajerseys.us | | 86 | tinajersey.us |
| 87 | justbagbrands.com | | 88 | topbrandsbaga.com |
| 89 | pursethebags.com | | 90 | topbrandsvipsale.com |
| 91 | topshopdesigner.com | | 92 | bagsrealya.com |
| 93 | handbagsvipsale.com | | 94 | fv3633.com |
| 95 | futuracommerce.fr | | 96 | ezrooms.co.uk |
| 97 | carlisletherapycentre.co.uk | | 98 | found7a.com |
| 99 | kelly-rowland.us | | 100 | eemnesopgewektnaarnulopdemeter.nl |
| 101 | oosell.com | | 102 | deepbluedev.co.uk |
| 103 | fobsources.com | | 104 | dior-online-outlet.com |
| 105 | denerdesign.nl | | 106 | vistecoitsupport.co.uk |
| 107 | cuiccuic-bienetre.fr | | 108 | cmsca.net |
| 109 | ohiocertifiedhomeinspections.us | | 110 | projinn.co.uk |
| 111 | wpbas.co.uk | | 112 | wholesalerjerseysfree.com |
| 113 | mybestshoe.com | | 114 | buffalie.co.uk |
| 115 | carnetsduvin.fr | | 116 | 2016luxurybagsonline.com |
| 117 | 1stcallpumps.co.uk | | 118 | brand7a.com |
| 119 | boutiquechrisjes.nl | | 120 | peters-schoolofmotoring.co.uk |
| 121 | av-accessories4u.co.uk | | 122 | signagegraphicsltd.co.uk |
| 123 | caveplanthirecontractors-ng6.co.uk | | 124 | 2017wholesalejerseysshop.com |

| 125 | handbagtopshop.top | 126 | trebrown.co.uk |
| --- | --- | --- | --- |
| 127 | cheapjordanshoes.online | 128 | amsterbaken.nl |
| 129 | appartamentisardegna.org | 130 | essereobenessere.it |
| 131 | cheapstorewzws.co.uk | 132 | unboxingshoes.club |
| 133 | upbeatmusicspecialist.co.uk | | |